United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH W. GRANVILLE, | ) |
| | ) CIVIL NO. 10-5797RBL-JRC |
| Plaintiff, | ) |
| | ) ORDER GRANTING |
| vs. | ) EXTENSION OF TIME TO FILE |
| | ) PLAINTIFF'S OPENING BRIEF |
| MICHAEL J. ASTRUE, | ) AND AMENDING BRIEFING |
| Commissioner of Social Security, | ) SCHEDULE |
| | ) |
| Defendant. | ) |

Based on Plaintiff's Stipulation (ECF No. 11) and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before April 20, 2011, Defendant's Answering Brief shall be filed on or before May 18, 2011, and Plaintiff's Reply Brief shall be filed on or before June 1, 2011. Oral argument, if desired, shall be requested by June 8, 2011.

DATED this 22nd day of March, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME AND
AMENDING BRIEFING SCHEDULE –
 [10-5797RBL-JRC] - 1