United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH W. GRANVILLE, | ) |
| | ) CIVIL NO. 10-5797RBL-JRC |
| Plaintiff, | ) |
| | ) ORDER FOR EXTENSION OF |
| vs. | ) TIME TO FILE PLAINTIFF'S |
| | ) OPENING BRIEF |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based on Plaintiff's Motion (ECF No. 13) and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before May 9, 2011, Defendant's Answering Brief shall be filed on or before June 6, 2011, and Plaintiff's Reply Brief shall be filed on or before June 20, 2011.

Oral argument, if desired, shall be requested by June 27, 2011.

DATED this 20th day of April, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF –
[10-5797RBL-JRC] - 1