UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JOSEPH W. GRANVILLE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No.  3:10-cv-05797-RBL-JRC<br><br>ORDER AMENDING<br>THE SCHEDULING ORDER |

Based on Defendant's Motion (ECF No. 16), and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including July 8, 2011, to file Defendant's responsive brief;

- Plaintiff shall have up to and including July 22, 2011, to file an optional reply brief; and

- Oral argument, if desired, shall be requested by July 29, 2011.

DATED this 6th day of June 2011.

　　　　　　　　　　　　　　　　　　／s／ J. Richard Creatura
　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1　　ORDER - [3:10-cv-05797-RBL-JRC]