United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH W. GRANVILLE, | ) |
| | ) CIVIL NO. 10-5797RBL-JRC |
| Plaintiff, | ) |
| | ) ORDER FOR EXTENSION OF |
| vs. | ) TIME TO FILE PLAINTIFF'S |
| | ) REPLY BRIEF |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based on Plaintiff's Motion and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Reply Brief shall be filed on or before August 11, 2011.

DATED this 19th day of July, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S REPLY BRIEF – [10-5797RBL-JRC] - 1