

**10-CV-05797-ORD**

3

4

5

6

7 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8 JOSEPH W. GRANVILLE,

9                 Plaintiff,            CASE NO. 10-cv-05797 RBL

10                                 ORDER ADOPTING REPORT AND
      v.                          RECOMMENDATION

11 MICHAEL J. ASTRUE, Commissioner of
the Social Security Administration,

12

13                 Defendant.

14

15     The Court, having reviewed the Report and Recommendation of Judge J. Richard

16 Creatura, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

17     (1)     The Court adopts the Report and Recommendation.

    (2)     The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42

18            U.S.C. § 405(g) to the Administration for further consideration.

19

20     (3)     **JUDGMENT** for plaintiff and the case should be closed.

21

22

23

24

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

1    (4)    The Clerk is directed to send copies of this Order to counsel of record.

~~February~~

2    Dated this _24_ day of ~~January,~~ 2012.

3

4                                    _Ron B. Leighton_

5                                    Ronald B. Leighton
                                     United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2